# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

# GREENBELT (SOUTHERN) DIVISION

| | |
|---|---|
| FLORET IKOME,<br><br>    Plaintiff<br><br>v.<br><br>CSRA, LLC,<br><br>    Defendant. | Civil Action No. 8:17-cv-03407-PWG |

## **ORDER OF JUDGMENT**

This cause having been tried and submitted to a jury, and the jury having returned a verdict on November 5, 2021 (Rec. Doc. 135); Accordingly,

**IT IS ORDERED,**

1.    Judgment is entered in favor of the Defendant, CSRA, LLC, and against Plaintiff, Floret Ikome; and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

Greenbelt, Maryland, this 15th day of December 2021.

                                                        /S/
                                          **PAUL W. GRIMM**
                        **UNITED STATES DISTRICT COURT JUDGE**